```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| LIBERTY CAPITAL GROUP, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    -v-<br><br>OPPENHEIMER HOLDINGS INC. et al.,<br><br>        Defendants. | 25-cv-4822 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendants Oppenheimer Holdings Inc., Oppenheimer & Co. Inc., and Oppenheimer Asset Management Inc. have moved to dismiss the putative Class Action Complaint ("CAC") filed in this matter by plaintiff Liberty Capital Group ("Liberty"). See ECF No. 30. Defendants' motion was fully briefed on September 4, 2025, and the Court held oral argument on September 25, 2025. After carefully considering the parties' submissions and the arguments of counsel, the Court hereby grants defendants' motion in part and denies it in part.

The Court hereby dismisses defendants Oppenheimer Holdings Inc. and Oppenheimer Asset Management Inc. from this litigation. The Court also hereby dismisses Liberty's Fourth Cause of Action, for negligence, and Liberty's Seventh Cause of Action, for unjust enrichment. The Court grants Liberty leave to amend the CAC with respect to the two dismissed causes of action. The Court otherwise hereby denies defendants' motion to dismiss.

A full Opinion setting forth the reasons for the Court's decisions

1

will issue promptly.

The Court will hold a hearing on class certification in this matter at 2:00 p.m. on November 21, 2025, in courtroom 14B of the United States Courthouse, 500 Pearl Street, New York, New York. The parties are directed to jointly call Chambers to discuss a briefing schedule on class certification. All other deadlines in this matter remain unchanged. See ECF No. 27.

The Clerk of Court is respectfully directed to terminate the motion at docket number 30.

SO ORDERED.

New York, New York
October _1_, 2025

JED S. RAKOFF, U.S.D.J.

2