UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY CAPITAL GROUP, individually and on behalf of all others similarly situated,

    Plaintiff,

-v-

OPPENHEIMER HOLDINGS INC. et al.,

    Defendants.

---

25-cv-4822 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On October 1, 2025, the Court entered a "bottom-line" Order granting in part and denying in part the motion of defendants Oppenheimer Holdings Inc., Oppenheimer & Co. Inc., and Oppenheimer Asset Management Inc. to dismiss the putative Class Action Complaint filed in this matter by plaintiff Liberty Capital Group ("Liberty"). See ECF No. 43. Upon further consideration of the parties' submissions, the Court hereby amends that "bottom-line" Order to dismiss Liberty's Fifth Cause of Action, for negligent misrepresentations and omissions, in addition to Liberty's Fourth and Seventh Causes of Action. The Court otherwise denies defendants' motion.

    An Opinion setting forth the reasons for the Court's Order, as so modified, will issue promptly.

    SO ORDERED.

New York, New York
October 3, 2025

                                                JED S. RAKOFF, U.S.D.J.