UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY CAPITAL GROUP, individually and on behalf of all others similarly situated,

    Plaintiff,

  -v-

OPPENHEIMER HOLDINGS INC. et al.,

    Defendants.

25-cv-4822 (JSR)

ORDER

---

JED S. RAKOFF, U.S.D.J.:

    Defendant Oppenheimer & Co. Inc. has requested permission to file under seal portions of its forthcoming opposition to plaintiff Liberty Capital Group's motion for class certification in this action. That request is hereby granted. Defendant may file an unredacted version of its opposition papers under seal. If defendant elects to do so, it must also file a redacted version of its opposition papers on the public docket.

    SO ORDERED.

New York, New York
November 4, 2025

                                        JED S. RAKOFF, U.S.D.J.