UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY CAPITAL GROUP, individually
and on behalf of all others similarly
situated,

        Plaintiff,

    -v-

OPPENHEIMER & CO., INC.,

        Defendant.

25-cv-4822 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Plaintiff Liberty Capital Group and defendant Oppenheimer & Co. Inc. have requested permission to file under seal portions of their forthcoming papers in support of their respective motions for summary judgment in this action. On March 23, 2026, the Court orally granted the parties' request. The Court hereby confirms that each party may file an unredacted version of its papers under seal. If a party elects to do so, it must also file a redacted version of its papers on the public docket.

    SO ORDERED.

New York, New York
March 26, 2026

JED S. RAKOFF, U.S.D.J.

1