UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
LIBERTY CAPITAL GROUP, individually
and on behalf of all others similarly
situated,

        Plaintiff,

    -v-

OPPENHEIMER & CO., INC.,

        Defendant.
```

25-cv-4822 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On March 30, 2026, the Court entered an Order directing counsel for defendant Oppenheimer & Co. to review the documents in this case as to which Oppenheimer is claiming privilege and/or work-product protection. See ECF No. 76. On Oppenheimer's application, which is unopposed by plaintiff Liberty Capital Group, the Court hereby modifies that Order as follows:

Oppenheimer must complete its review of all documents as to which Liberty has challenged its claims of privilege and/or work-product protection by the end of the day on Wednesday, April 1, 2026. It must provide the Court and Liberty a revised privilege log concerning those documents by no later than 2:00 p.m. on Thursday, April 2, 2026.

Oppenheimer must complete its review of all the remaining documents as to which it is claiming privilege and/or work-product protection by the end of the day on Tuesday, April 7, 2026. It must provide the Court and Liberty a final privilege log concerning all

1

documents as to which Oppenheimer is claiming privilege and/or work-product protection by no later than 2:00 p.m. on Wednesday, April 8, 2026.

All other provisions of the Court's Order of March 30, 2026, remain in full force and effect.

SO ORDERED.

New York, New York
March 31 , 2026

_____
JED S. RAKOFF, U.S.D.J.