The Law Office of Colleen Kerwick
Attorney and Counselor at Law
1178 Broadway, 3rd Floor, #1245
New York, New York 10001
Tel: 917-439-0836

*Colleen Kerwick, Esq.*
attorneycolleenkerwick@aol.com

June 20, 2026

Honorable Judge Jed S. Rakoff
Honorable Judge Gary Stein
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

| | |
|---|---|
| Case: | Liberty Capital Group v. Oppenheimer Holdings Inc. |
| Notice: | Request for Exclusion from Class |
| Dkt. No: | 1:25-cv-04822-JSR (S.D.N.Y.) |

To the Honorable Court:

We represent Professor Diana Multare ("Prof. Multare"), a potential class member duly noticed on June 19, 2026. Enclosed please find Prof. Multare's Request for Exclusion from the Settlement Class, in accordance with the procedures set forth in the Court-Approved Notice of Pendency and Proposed Settlement.

Prof. Multare is a long-standing Oppenheimer customer who has suffered individual damages of approximately $1,400,000, comprising approximately $1,100,000 in misappropriated funds and approximately $300,000 in interest income wrongfully withheld by Oppenheimer to date and continuing. These losses materially exceed what Prof. Multare could expect to recover through the proposed class settlement to be distributed *pro rata* among potentially tens of thousands of class members. By opting out, Prof. Multare preserves her right to pursue individual recovery of the funds Oppenheimer has misappropriated and continues to withhold from her.

Respectfully submitted,

The Law Office of Colleen Kerwick

cc: All parties via ECF

The Law Office of Colleen Kerwick
Attorney and Counselor at Law
1178 Broadway, 3rd Floor, 1245
New York, New York 10001
Tel 917-439-0836

Colleen Kerwick, Esq.
attorneycolleenkerwick@aol.com

June 20, 2026

***VIA CERTIFIED MAIL***
Oppenheimer Cash Sweep Litigation
Claims Administrator
c/o Verita Global
P.O. Box 301170
Los Angeles, CA 90030-1170

| | |
|---|---|
| Case | : Liberty Capital Group v. Oppenheimer Holdings Inc. et al., |
| Dkt. No | : 1:25-cv-04822-JSR (S.D.N.Y.) |
| ClaimID | : OPCS-100257992 | PIN: 217682 |
| Name | : Diana Multare |
| Address | : 80 LaSalle St, Apt 12A, New York, NY 10027 |

Dear Claims Administrator:

We represent Prof. Diana Multare ("Prof. Multare") and her Power of Attorney Eric Houston ("Mr. Houston"). This letter constitutes Prof. Multares **timely Request for Exclusion from the Settlement Class**, submitted in compliance with the Notice requirements and well in advance of the August 27, 2026 exclusion deadline. This exclusion is for Prof. Multare individually, and any and all accounts in any way related to Prof. Multare. Prof. Multare does not wish to be bound by any settlement, judgment, or order entered in connection with the above-captioned proposed class action settlement, and expressly reserves all rights and claims.

Prof. Multare is a long-standing customer of Oppenheimer whose accounts, including account numbers XXX-XXX0952 and XXX-XXX7756, fall within the Settlement Class Period of March 17, 2022 through May 22, 2026. During this period, Oppenheimer swept cash from accounts into low-yield cash sweep vehicles while retaining spread income that rightfully belonged to her accounts. However, Prof. Multare's circumstances extend materially beyond the generalized class claims. Specifically, Oppenheimer misappropriated approximately $1,100,000 from Prof. Multare's account, and her account with her late sister Aline Multare, and has additionally wrongfully withheld approximately $300,000 in interest income purportedly pursuant to FINRA Rule 2165. The total damages suffered by Prof. Multare is approximately $1,400,000 and growing.

It is respectfully submitted that **r**emaining in the Settlement Class would be directly and materially harmful to Prof. Multare's ability to recover her missing funds as the Settlement Agreement's Release of Claims would extinguish all of Prof. Multare's individual claims against

Oppenheimer arising during the Class Period. The Released Claims, as defined in the Settlement Agreement, encompass all claims "arising out of, based upon, or related to" the cash sweep practices and account management conduct at issue which necessarily includes the misappropriation of Prof. Multare's $1,100,000 and the wrongful withholding of her interest income. By accepting the settlement, Prof. Multare would permanently surrender these claims. In addition, the Settlement Agreement's Bar Order and permanent injunction would prohibit Prof. Multare from pursuing her individual claims in any other court or forum, including in FINRA arbitration, after the settlement is finalized. This would leave her with no legal recourse to recover the approximately $1,400,000 Oppenheimer has taken and/or withheld from her and continue to withhold to date.

As Plaintiffs herein asserted damages in excess of $440,000,000 for the entire class, the $70,000,000 settlement represents only 16% of the damages and that is before counsel fees and expenses. The resulting net fund available, split among tens of thousands of Oppenheimer customers, would dwarf the economic and emotional damages Prof. Multare sustained as a result of Oppenheimer's actions and omissions. By opting out of this settlement, we are preserving the right to pursue these claims independently. **Nothing contained herein shall be construed as a waiver of any claim, cause of action, remedy, arbitration right, FINRA claim, or other proceeding that Prof. Multare has against Oppenheimer or any related party.**

This request is submitted in accordance with the instructions set forth in the Notice and shall be received by the Claims Administrator well in advance of August 27, 2026 as per the attached notice.

Respectfully submitted,

The Law Office of Colleen Kerwick
By: Colleen Kerwick, Principal

Professor Diana Multare

Mr. Eric Houston, as Power of Attorney
for Professor Diana Multare

CC:    Robbins Geller Rudman & Dowd LLP,
       Attn.   Alex Kaplan, Esq.
               Andrew Rees, Esq.
               Scott Dion, Esq. and
               Stephen Astley, Esq.
       225 NE Mizner Boulevard, Suite 720,
       Boca Raton, FL 33432
       Fax 561-750-3000

akaplan@rgrdlaw.com
arees@rgrdlaw.com
sdion@rgrdlaw.com
sastley@rgrdlaw.com

Robbins Geller Rudman & Dowd LLP
Attn: Ellen Stewart, Esq.
         Samuel Rudman, Esq.
58 South Services Road, Suite 200
Melville, NY 11747
(619) 231-1058
Fax: (619)-231-7423
Email: elleng@rgrdlaw.com
Email: srudman@rgrdlaw.com

Robbins Geller Rudman & Dowd LLP
Attn: Luke Goveas, Esq.
225 NE Mizner Boulevard
Suite 720
Boca Raton, FL 33432
Email: lgoveas@rgrdlaw.com

Robbins Geller Rudman & Dowd LLP
Attn: Mathew Andrews, Esq.
420 Lexington Avenue
Suite 1832
New York, NY 10170
Email: mandrews@rgrdlaw.com

Morgan, Lewis and Bockius LLP (NY)
Attn: Bernard Garbutt III, Esq.
101 Park Avenue
New York, NY 10178
Email: bernard.garbutt@morganlewis.com

Morgan, Lewis & Bockius LLP
Attn:    Amanda Outcalt, Esq.
         Grant McQueen, Esq.
         Joshua Moses, Esq.
         Melissa Coates, Esq.
         Michael Paslavsky, Esq.
600 Montgomery Street
Ste 2300
San Francisco, CA 94111
Email: amanda.outcalt@morganlewis.com

## Fwd: Oppenheimer Cash Sweep Litigation Notice

From:  Diana Multare (diana4biodiversity@gmail.com)

To:    mann2nyc@gmail.com; erichouston90@hotmail.com; attorneycolleenkerwick@aol.com

Date:  Friday, June 19, 2026 at 10:16 AM GMT-5

**Diana Multare**

---------- Forwarded message ---------
From: **Settlement Administrator** <info@e.veritaclaims.com>
Date: Fri, Jun 19, 2026 at 9:52 AM
Subject: Oppenheimer Cash Sweep Litigation Notice
To: <diana4biodiversity@gmail.com>

Dear Potential Class Member,

The Court authorized that this Notice be sent to you because you or someone in your family may have participated in Oppenheimer's ABD Program during the period from March 17, 2022 through May 22, 2026 (the "Class Period"). Receipt of this Notice does not mean that you are a member of the Class or that you will be entitled to receive a payment. If you wish to be eligible for a payment, you are required to submit a Claim Form.

You can submit a Claim Form electronically by clicking the link here.

Please use the following ClaimID and PIN to file your Claim Form electronically:

ClaimID: OPCS-100257992
PIN: 217682

Additional Information and documentation relevant to this litigation can be found at www.OppenheimerCashSweepLitigation.com.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY CAPITAL GROUP, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

     vs.

OPPENHEIMER HOLDINGS INC., OPPENHEIMER & CO. INC., and OPPENHEIMER ASSET MANAGEMENT INC.,

              Defendants.

Civil Action No. 1:25-cv-04822-JSR

CLASS ACTION

SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT, AND MOTION FOR ATTORNEYS' FEES AND EXPENSES

TO: ALL PERSONS AND ENTITIES WHO PARTICIPATED IN THE OPPENHEIMER & CO. INC.'S ADVANTAGE BANK DEPOSIT PROGRAM FROM MARCH 17, 2022 THROUGH MAY 22, 2026 ("CLASS").[1]

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that Court-appointed Class Representative, Liberty Capital Group, on behalf of itself and all members of the Class, and Oppenheimer & Co. Inc. ("Oppenheimer" or "Defendant"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $70,000,000 (the "Settlement").

A hearing will be held before the Honorable Jed S. Rakoff on September 17, 2026, at 4:00 p.m., in Courtroom 14B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 (the "Settlement Hearing"), to determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation; (iii) approve the proposed Plan of Allocation for distribution of the proceeds of the Settlement (the "Net Settlement Fund") to Class Members; and (iv) approve Class Counsel's Fee and Expense Application. The Court may change the date and time of the Settlement Hearing without providing another notice. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing, will be posted to the Settlement website, www.OppenheimerCashSweepLitigation.com. You do NOT have to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT, AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting the website for the Settlement, www.OppenheimerCashSweepLitigation.com, or by contacting the Claims Administrator at:

*Oppenheimer Cash Sweep Litigation*
Claims Administrator
c/o Verita Global
P.O. Box 301170
Los Angeles, CA 90030-1170
www.OppenheimerCashSweepLitigation.com
1-888-808-7104

Inquiries, other than requests for information about the status of a claim, may also be made to Class Counsel:

Robbins Geller Rudman & Dowd LLP
Stephen R. Astley
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
settlementinfo@rgrdlaw.com
1-800-449-4900

If you are a member of the Class, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted online no later than September 17, 2026*. If you are a member of the Class and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a member of the Class and wish to exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice so that it is *received no later than August 27, 2026*. If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Class Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *received no later than August 27, 2026*.

**PLEASE DO NOT CONTACT THE COURT, OPPENHEIMER, OR OPPENHEIMER'S COUNSEL REGARDING THIS NOTICE.**

DATED: May 22, 2026

BY ORDER OF THE UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Regards,

Oppenheimer Cash Sweep Litigation
Claims Administrator
Verita Global
info@OppenheimerCashSweepLitigation.com

---

[1] The terms of the Settlement are in the Stipulation of Settlement, (the "Stipulation"), which can be viewed at www.OppenheimerCashSweepLitigation.com. All capitalized terms not defined in this Summary Notice have the same meanings as defined in the Stipulation.

If diana4biodiversity@gmail.com should not be subscribed or if you need to change your subscription information for Verita/OPCS, please use this preferences page.